# EXHIBIT A

**From:** Crosstown Court Reporting, Inc. <crosstownreporting@verizon.net>

**To:** eraena-hart@northwestern.edu

**Cc:** l-bowman@law.northwestern.edu; flint.taylor10@gmail.com; elsonben@aol.com; alexa.vanbrunt.gmail.com@mail.it.northwestern.edu

**Subject:** Confirmation of the Jon Burge Depo in Riverview, Florida on Monday, March 14.

**Date:** Wed, Mar 9, 2011 1:42 pm

**Attachments:** Boardwalk1.PDF (132K), Directions-mapquest1.PDF (191K)

To All Concerned,

This E-mail is confirming that the deposition of Mr. Jon Burge will be held at our Riverview, Florida office on Monday, March 14.  To reiterate arrangements made
over the phone, here are the details of the deposition:


Deponent:     Jon Burge
Time:            11:30 AM
Location:        Crosstown Reporting of Tampa Bay, Inc.
                      10038 Water Works Lane
                      Riverview, Florida  33578
                      (813) 672-1974

Arrangements will be made through the office of Mr. Bowman for those wishing
to join the deposition by telephone.  Please contact their office for the
call-in number.

Mr. Burge is being deposed in connection with two cases pending in the
Northern District Court of Illinois, Eastern Division:


Michael Tillman v. Jon Burge, et. al.;  10 CV 4551
Judge:  The Honorable Rebecca R. Pallmeyer


--and--


Ronald Kitchen v. Jon Burge, et. al., 10 CV 4093
Judge:  The Hon. Elaine E. Bucklo


A formal Notice of Deposition is being generated.


Plaintiffs Tillman and Kitchen are represented by:

Locke E. Bowman
Alexa Van Brunt
Roderick MacArthur Justice Center
Northwestern University School of Law
375 East Chicago Avenue
Chicago, Illinois  60611
l-bowman@law.northwestern.edu
(312) 503-1271 (Main)
(312) 503-0844 (Direct line for Mr. Bowman)
(312) 503-1272 (Fax)

and Co-Counsel:

G. Flint Taylor

Case: 1:10-cv-04551 Document #: 122-1 Filed: 03/11/11 Page 3 of 15 PageID #:862

```
People's Law Office
Joey L. Mogul
Benjamin H. Elson
Sarah J. Gelsomino
People's Law Office
1180 N. Milwaukee Avenue
Chicago, Illinois 60622
(773) 235-0070
(773) 235-6699 (Fax)
flint.taylor10@gmail.com
elsonben@aol.com
```

Mr. Taylor will be present in Riverview on Monday to conduct the deposition.

As a courtesy to Ms. Hart in Mr. Bowman's office, we are sending this E-mail to confirm these arrangements.  If you have any questions, please contact Eraena Hart in Mr. Bowman's office at the above referenced number.

Attached is a Mapquest directional aid.

```
Rebecca Berger
Crosstown Reporting of Tampa Bay, Inc.
10038 Water Works Lane
Riverview, FL 33578
Ph:  (813) 672-1974
Fax:  (813) 672-1975
Email:  crosstownreporting@verizon.net
```

# EXHIBIT B

**From:** Michael Kralovec <mkralovec@nlklaw.com>

**To:** elsonben@aol.com; ahale@ahalelaw.com; akamionski@ahalelaw.com; HArger@Dykema.com; PMichalik@Dykema.com; richardbeuke@gmail.com; Sara McClain <smcclain@nlklaw.com>; wgamboney@yahoo.com; emletts@greeneandletts.com; sgarcia@cookcountygov.com

**Subject:** Re: Confirmation of the Jon Burge Depo in Riverview, Florida on Monday, March 14.

**Date:** Thu, Mar 10, 2011 8:20 am

Ben:

   I spoke with Rick Beuke last evening.  Apparently there is a scheduling issue arising out of Jon Burge's medical problems.  They are attempting to get it worked out today and hopefully will know this afternoon.  If that can't be done, can the deposition proceed Tuesday?  I will be out of town beginning this afternoon.  Rick's office or Rick, through my office, will notify people as soon as possible.

   I also want to state again what I told Flint in the courthouse that Mr. Burge will invoke his 5th Amendment privilege to all questions other than his name and address.

Mike


On 3/9/11 3:44 PM, "elsonben@aol.com" <elsonben@aol.com> wrote:

   Counsel,

   See below email and attached information concerning the Burge deposition.  I will email a formal notice of deposition tomorrow.


   _____


   Ben Elson
   People's Law Office
   1180 N. Milwaukee Ave.
   Chicago, Illinois 60642
   Ph: 773-235-0070 ext. 116
   Fx: 773-235-6699


   -----Original Message-----

   From: Crosstown Court Reporting, Inc.

# EXHIBIT C

## BEN H. ELSON'S HOURS SPENT LITIGATING THE ISSUE OF
## DEFENDANT JON BURGE'S DEPOSITION
### *Tillman v. Burge et al.*, 10 C 4551

| | | | |
|---|---|---|---|
| 2/23/11 | Tillman | Conference with GFT regarding Burge deposition | .5 |
| 2/24/11 | Tillman | Review and edit motion for expedited deposition | .4 |
| 2/28/11 | Tillman | Phone call with Sara McClain regarding Burge motion | .1 |
| 3/1/11 | Tillman | Conference with GFT regarding Burge motion | .3 |
| 3/4/11 | Tillman | Attend motion hearing on Burge deposition and conference with defense counsel | .8 |
| 3/7/11 | Tillman | Phone call with Mike Kralovec regarding Burge dep | .1 |
| 3/8/11 | Tillman | Email to counsel regarding Burge dep | .1 |
| 3/10/11 | Tillman | Phone calls with Mike Kralovec regarding Burge dep | .2 |
| 3/10/11 | Tillman | Phone call with Butner regarding Burge dep | .3 |
| 3/10/11 | Tillman | Conference with GFT regarding Burge deposition | .5 |
| 3/10/11 | Tillman | Research and draft Burge motion for sanctions | 2.8 |
| 3/11/11 | Tillman | Draft Burge motion for sanctions | 1.6 |

**Total: 7.7 hours x $275/hour = $2,035.00**

## G. FLINT TAYLOR'S HOURS SPENT LITIGATING THE ISSUE OF
## DEFENDANT JON BURGE'S DEPOSITION
### *Tillman v. Burge et al.*, 10 C 4551

| | | | |
|---|---|---|---|
| 2/23/11 | Tillman | Conference with BE regarding Burge deposition | .5 |
| 2/24/11 | Tillman | Draft motion for expedited deposition | 1.5 |
| 3/1/11 | Tillman | Motion hearing and conference with defense counsel | .75 |
| 3/1/11 | Tillman | Conference with BE regarding Burge deposition | .3 |
| 3/4/11 | Tillman | Motion hearing on Burge deposition and conference with defense counsel | .75 |
| 3/9/11 | Tillman | Conferences with LB and EH regarding deposition | 1.0 |
| 3/10/11 | Tillman | Conferences with BE and LB regarding Burge deposition | 1.25 |
| 3/11/11 | Tillman | Edit Burge motion for sanctions | 1.0 |

**Total: 7.05 hours x $550/hour = $3,877.50**

**Time Sheet of Locke E. Bowman: Burge Deposition**

| | | |
|---|---|---|
| 3/1/11 | Court App. on motion | 1.5 |
| 3/9/11 | Conf. with EH re dep | .3 |
| 3/10/11 | Conf with GFT re dep. | .2 |

**Total: 2.0**

**$400 per hr x 2 = $800**

**LEGAL ASSISTANT ERAENA HART'S HOURS SPENT ARRANGING
DEFENDANT JON BURGE'S DEPOSITION**
*Tillman v. Burge et al.*, **10 C 4551**

3/9/11   Called various agencies near Appollo Beach, Florida, communicated          10.5
         with reporting services, scheduled court reporter, scheduled videographer
         and conference facilities, communicated with Flint Taylor regarding travel
         arrangements, prepared notices of deposition, conferenced with MacArthur
         requesting documents for use in setting up the conference call

3/10/11  Communicated with Crosstown regarding navigation from airport to            2.1
         location of deposition and checking availability of court reporter and
         videographer for possible date change from Monday the 14th to Tuesday
         the 15th, conferred with LB regarding logistics of possible date change,
         communication with Flint Taylor regarding travel and possible change in
         deposition date and ultimate cancellation, communication with Crosstown
         to cancel preparations made for the deposition

                              **Total: 12.6 hours x $75/hour = $945.00**

# EXHIBIT D

1 of 1 DOCUMENT

MUNICIPAL CODE OF CHICAGO

* THIS DOCUMENT IS CURRENT THROUGH COUNCIL JOURNAL 1-11-06, P. 68384 *

TITLE 2. CITY GOVERNMENT AND ADMINISTRATION
DIVISION III. ETHICS AND EMPLOYMENT POLICIES
CHAPTER 2-152. OFFICERS AND EMPLOYEES
ARTICLE I. GENERAL PROVISIONS

*Chicago Municipal Code § 2-152-170*

§ 2-152-170 Legal representation for city employees and agencies.

If any claim or action, either civil or criminal in nature, is instituted against a current or former elected official, current or former appointed official or current or former employee of the city of Chicago or any agency of the city of Chicago where such claim arises out of any act or omission, made in good faith, occurring within the scope of such persons office or employment, the chairman of the committee on finance of the city council, with the approval and concurrence of the mayor, may at the request of such person appoint counsel to defend such person against any such claim or action. **Provided, however, that no city funds shall be expended directly or indirectly for payment of legal services rendered on behalf of any person upon the charge of such person by criminal complaint, information or indictment in criminal proceedings, and any appointment of counsel shall terminate. Provided further, that upon the conclusion of the criminal proceedings such person may request reimbursement of legal expenses and costs pursuant to the procedures set out herein, if such person has been acquitted or found not guilty or if all charges against such person in the action have been dismissed.**

HISTORY: Prior code § 25-13.1; Amend. Coun. J. 4-12-91, p. 32835

# EXHIBIT E





October 12, 2010

**City of Chicago**
Richard M. Daley, Mayor

Department of Law

Mara S. Georges
Corporation Counsel

City Hall, Room 600
121 North LaSalle Street
Chicago, Illinois 60602
(312) 744-0200
(312) 744-8538 (FAX)
(312) 744-2963 (TTY)
http://www.cityofchicago.org

Michael Kralovec, Esq.
Kralovec Meenan LLP
53 West Jackson Boulevard, Suite 1102
Chicago, Illinois 60604

Re: <u>Michael Tillman v. Former CPD Commander Jon Burge 10 CV 4551 &
Ronald Kitchen v. Former Chicago Police Ltd. Jon Burge 10 C 4093</u>

Dear Mr. Kralovec:

Please be advised that your firm has been designated Special Assistants
Corporation Counsel to represent the defendant, Jon Burge, in the above-referenced
litigation filed in the United States District Court for the Northern District of Illinois.
Please submit a budget for your firm's handling of this case to completion broken
down by year to Naomi Avendano, Deputy Corporation Counsel and copy to Patrick
Ryan, Director of Administration.

This letter will confirm that your firm's retention will be at the hourly rate of
$275.00 for you, Sara R. McLain, and Richard M. Beuke and the paralegal rate
capped at $75.00. All other matters in connection with this engagement will be
governed by the City's Outside Counsel Guidelines, a copy of which you already
have. Please complete, sign, and return the enclosed form acknowledging acceptance
of this retention.

Please coordinate your activities with Naomi Avendano, Deputy Corporation
Counsel at (312) 742-7880. Feel free to contact me at (312) 744-0220, if you have
any questions or comments concerning this matter.

Sincerely,

Mara S. Georges
Corporation Counsel

MSG:md
Enclosure

cc: Naomi Avendano
    Patrick Ryan





*Pat Ryan*

# KRALOVEC MEENAN LLP

### ATTORNEYS AT LAW

53 WEST JACKSON BOULEVARD

SUITE 1102

CHICAGO, ILLINOIS 60604

MICHAEL J. KRALOVEC, P.C.
DANIEL C. MEENAN, JR., P.C.
JOSEPH R. LEMERSAL
SARA R. McCLAIN

TELEPHONE
(312) 788-1111
FACSIMILE
(312) 788-1112

October 18, 2010

Mara S. Georges, Esq.
Corporation Counsel
City of Chicago
121 North LaSalle Street
Chicago, Illinois 60602

Re:    **Michael Tillman v. Burge, et al. – 10 C 4551 &**
       **Ronald Kitchen v. Burge, et al. – 10 C 4093**

Dear Ms. Georges:

Thank you for your letter of October 12, 2010, designating me, Sara R. McClain and Richard M. Beuke as counsel for Jon Burge in the above-referenced matters. I just wanted to bring to your attention that the letter did not formally designate William G. Gamboney, Mr. Burge's criminal counsel, who has also entered an appearance in both matters. We did discuss Mr. Gamboney's participation in our telephone conversation and I am sure that the omission of his name was an oversight. Mr. Gamboney did significant work on the criminal case and will be a tremendous resource in responding to these civil matters.

Per the City's Outside Counsel Guidelines, we are preparing a budget to submit to your office and expect to do so soon. In the meantime, if you have any concerns, please do not hesitate to contact me.

Very truly yours,

Michael J. Kralovec

MJK:sk
cc: Richard M. Beuke, Esq.
    William Gamboney, Esq.