IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MICHAEL TILLMAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Judge Pallmeyer |
| v. | ) | |
| | ) | |
| JON BURGE, et al., | ) | NO. 10 C 4551 |
| | ) | |
| Defendants. | ) | |

## DEFENDANT OFFICERS' MOTION TO SUGGEST DEATH

Defendants John Bryne, Peter Dignan, Ronald Boffo, Jack Hines, and Estate of John Yucaitis ("Defendant Officers"), by and through their attorneys, Andrew M. Hale & Associates, respectfully moves this Court pursuant to Federal Rule of Civil Procedure 25(a) to suggest the death of former Chicago Police Officer Defendant George Patton, as follows:

1. Named-defendant George Patton was a former Chicago Police Officer, who died on May 10, 2011.

2. A proposed order spreading the death of record is attached as Exhibit A.

WHEREFORE, Defendant Officers request that this Court spread the death of record of Defendant George Patton, and for any other relief this Court deems just.

Respectfully Submitted,

/s/ *Helena B. Wright*_____
One of the Attorneys for Defendants

Andrew M. Hale
Avi Kamionski
James McGovern
Helena B. Wright
Andrew M. Hale & Associates
53 West Jackson, Suite 1800
Chicago, Illinois 60604
(312) 341-9646
Att. No. 6298789