# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MICHAEL TILLMAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Judge Pallmeyer |
| v. ) | |
| ) | |
| JON BURGE, et al., ) | NO. 10 C 4551 |
| ) | |
| Defendants. ) | |

## ORDER

**THIS MATTER COMING TO BE HEARD** upon Defendant Officers' Motion to Suggest Death of defendant George Patton.

**IT IS HEREBY ORDERED**:

The death of defendant George Patton is Spread of Record.

ENTER: _____
REBECCA R. PALLMEYER
DISTRICT COURT JUDGE
UNITED STATES DISTRICT COURT

DATED: _____