# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Rebecca R. Pallmeyer | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 10 C 4551 | **DATE** | 6/14/2011 |
| **CASE TITLE** | Michael Tillman vs. Jon Burge, et al | | |

**DOCKET ENTRY TEXT**

Defendant Officers' motion to suggest death [147] granted. IT IS HEREBY ORDERED: The death of defendant George Patton is Spread of Record. Enter Order.

■ [ For further detail see separate order(s).]

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | ETV |
|---|---|---|