IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MICHAEL TILLMAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 10 C 4551 |
| v. | ) | |
| | ) | Judge Rebecca R. Pallmeyer |
| JON BURGE, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## SECOND AMENDED NOTICE OF MOTION

To:    SEE ATTACHED SERVICE LIST

YOU ARE HEREBY NOTIFIED that on Tuesday, August 2, 2011 at 8:45 a.m., I will appear before the Honorable Judge Rebecca R. Pallmeyer, in the courtroom usually occupied by her in the United States District Court for the Northern District of Illinois, Eastern Division, Chicago, Illinois, and present the attached **PLAINTIFF'S MOTION FOR USE OF CERTAIN DISCOVERY MATERIALS PRODUCED IN *U.S.A. v. BURGE* IN THIS CASE UNDER PROTECTIVE ORDER**.

DATED this 15th day of July, 2011

/s/ G. Flint Taylor
G. Flint Taylor
People's Law Office
1180 N. Milwaukee, 3rd Floor
Chicago, Illinois 60642
773-235-0070

## CERTIFICATE OF SERVICE

G. Flint Taylor, an attorney, hereby certifies that he caused to be served a copy of the foregoing amended notice and motion by causing same to be delivered to the attorneys at the below addresses by CM/ECF filing this 15th day of July, 2011.

/s/ G. Flint Taylor
ATTORNEY AT LAW

1

**SERVICE LIST**
*Tillman v. Burge, et al.*
No. 10 C 4551

| | |
|---|---|
| Andrew M. Hale<br>Avi T. Kamionski<br>Andrew M. Hale & Associates, LLC<br>53 W. Jackson, Suite 1800<br>Chicago, IL 60604<br>***On behalf of Defendants John Byrne, Peter Dignan, Ronald Boffo, Jack Hines, George Patton and Estate of John Yucaitis***<br><br>Patrick T. Driscoll<br>Steven Garcia<br>Cook County State's Attorney's Office<br><br>500 Richard J. Daley Center<br>Chicago, IL 60602<br>***On behalf of Defendants Timothy Frenzer, County of Cook, Illinois, and Office of the Cook County State's Attorney***<br>Michael J. Kralovec<br>Sara R. McClain<br>Kralovec Meenan, LLP<br>53 West Jackson Blvd., Suite 1102<br>Chicago, IL 60604<br>***On behalf of Defendant Jon Burge***<br><br>William G. Gamboney<br>216 South Marion Street<br>Oak Park, IL 60302<br>***On behalf of Defendant Jon Burge*** | Paul Michalik<br>Terrence Burns<br>Daniel Noland<br>Dykema Gossett<br>10 S. Wacker Drive, Suite 2300<br>Chicago, IL 60606<br>***On behalf of Defendants Richard M. Daley, City of Chicago, Terry Hillard, and Thomas Needham***<br><br>Eileen M. Letts<br>Kenya Jenkins-Wright<br>Greene and Letts<br>111 West Washington St., Suite 1650<br>Chicago, IL 60602<br>***On behalf of Leroy Martin and Gayle Shines***<br><br>Richard M. Beuke<br>53 West Jackson Blvd., Suite 1410<br>Chicago, IL 60604<br>***On behalf of Defendant Jon Burge*** |