# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| MICHAEL TILLMAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No.: 10 C 4551 |
| | ) |
| FORMER CHICAGO POLICE LT. JON BURGE, et al., | ) Judge Rebecca R. Pallmeyer |
| | ) |
| Defendants. | ) |

## AGREED ORDER OF DISMISSAL

This matter coming before the Court on the parties' Stipulation to Dismiss, certain parties having reached agreement to settle this matter, all issues and controversies having been resolved to the parties' mutual satisfaction, and the respective parties being represented by counsel (Plaintiff MICHAEL TILLMAN, by one of his attorneys, G. Flint Taylor of People's Law Office; Defendants JON BURGE, JOHN BYRNE, PETER DIGNAN, RONALD BOFFO, JACK HINES, GEORGE PATTON, and the ESTATE OF JOHN YUCAITIS, by one of their attorneys, Andrew M. Hale of Andrew M. Hale & Associates; and RICHARD M. DALEY, TERRY HILLARD, LEROY MARTIN, GAYLE SHINES, THOMAS NEEDHAM, and the CITY OF CHICAGO ("City"), by one of their attorneys, Terrence M. Burns of Dykema Gossett PLLC), Plaintiff and Defendant City having entered into a Release and Settlement Agreement and counsel for the parties having executed a Stipulation to Dismiss, and the Court being fully advised in the premises;

IT IS HEREBY ORDERED:

This action, and all of the claims of plaintiff MICHAEL TILLMAN against defendants, JON BURGE, JOHN BYRNE, PETER DIGNAN, RONALD BOFFO, JACK HINES, GEORGE PATTON, ESTATE OF JOHN YUCAITIS, RICHARD M. DALEY, TERRY HILLARD, LEROY MARTIN, GAYLE SHINES, THOMAS NEEDHAM, and the CITY OF CHICAGO, are dismissed without prejudice, with each side bearing their own costs and attorney's fees in accordance with the terms of the Release and Settlement Agreement, and with leave to reinstate on or before October 5, 2012 if the settlement is not consummated by that date. If no motion to

reinstate is filed on or before October 5, 2012, the dismissal in this action will become a dismissal with prejudice, in termination of this entire action, and with each side bearing their own costs and attorney's fees in accordance with the terms of the Release and Settlement Agreement.

In accordance with the Release and Settlement Agreement, plaintiff and his attorneys will maintain as confidential the documents Bates-stamped CITY-TIL-00468 – CITY-TIL-00742, which the City produced to plaintiff with the designation "Confidential," until such future time as a Court enters an order, pursuant to notice to the parties (including the City and Jack Hines), that directs the aforesaid documents no longer be designated as "Confidential."

ENTER: *[signature]*
Judge Rebecca R. Pallmeyer
United States District Court

DATED: Aug 2, 2012